KUCHAREK, A.K.A. KUCHERAK, APPELLANT, *v.* TRI-CITY
FAMILY MEDICINE, INC. ET AL., APPELLEES.

[Cite as *Kucharek v. Tri–City Family Medicine,*
*Inc.,* 96 Ohio St.3d 1202, 2002–Ohio–3454.]

(No. 2001–1002—Submitted May 22, 2002—Decided July 17, 2002.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

Spangenberg, Shibley & Liber, L.L.P., Justin F. Madden and Mary A. Cavanaugh, for appellant.

Reminger & Reminger Co., L.P.A., and Martin T. Galvin, for appellees.